IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

```
UNITED STATES OF AMERICA ex rel.)
TREMAYNE CORA #B79855,           )
                                 )
            Petitioner,          )
                                 )
    v.                           )    No.  11 C 9230
                                 )
MARCUS HARDY,                    )
                                 )
            Respondent.          )
```

MEMORANDUM ORDER

In principal part this Court's January 5, 2012 memorandum order ("Order") identified what appears to be a potential untimeliness problem that must be faced by pro se habeas petitioner Tremayne Cora ("Cora") in his federal challenge to his July 2000 conviction on a first degree murder charge on which he is currently serving a 35-year sentence.[1] Because it was almost certain that Cora's criminal defense lawyer Lee Boyd, Jr. ("Boyd") would be better equipped than Cora himself to provide the necessary input in that respect, the Order concluded with a respectful request "that on or before January 26, 2012 attorney Boyd provide a filing that sets out the relevant timetable from which this Court can make the necessary calculations under Section 2244(d)."

---

[1] In addition to that substantive matter, the Order also identified for Cora his need to pay the nominal $5 filing fee applicable to this action (obviously unaware of how small the required amount was, Cora had also submitted an In Forma Pauperis Application). Cora has since paid the $5.

Nothing but silence has since been forthcoming from Boyd--indeed, he has not had the courtesy to respond to telephone messages left for him by this Court's minute clerk. This Court therefore converts its respectful request into an order that Boyd appear in court at 9:15 a.m. February 13, 2012, with the requested filing either having been delivered before that date and time or being brought to court by Boyd. If he were to deliver the requested filing early enough to allow this Court to review it and confirm that it provides the necessary information, this Court's minute clerk might be able to call to excuse his personal presence on February 13.

Milton I. Shadur
Senior United States District Judge

Date: February 3, 2012