```
          IN THE UNITED STATES DISTRICT COURT
         FOR THE NORTHERN DISTRICT OF ILLINOIS
                    EASTERN DIVISION

UNITED STATES OF AMERICA ex rel.)
TREMAYNE CORA #B79855,          )
                                )
          Petitioner,           )
                                )
     v.                         )    No.  11 C 9230
                                )
MARCUS HARDY,                   )
                                )
          Respondent.           )
```

MEMORANDUM

This Court has received from the Clerk's Office a photocopy of the pro se communication that office had received on February 21 from pro se habeas petitioner Tremayne Cora ("Cora"). In accordance with Cora's request in that communication, a photocopy of his 15-page Certified Statement of Conviction/Disposition from the Circuit Court of Cook County has been returned to him. In addition, this Court has been apprised that the failure of his state post-conviction counsel Lee Boyd, Jr. to have responded to this Court's earlier directives was attributable to the fact (obviously unknown both to Cora and to this Court) that attorney Boyd had died recently.

In the meantime, counsel from the Illinois Attorney General's Office has advised that he is looking into the timing questions about which this Court had been inquiring. As soon as a report is forthcoming on that score, this Court will determine

the appropriate next steps to be taken in this action.

_____
Milton I. Shadur
Senior United States District Judge

Date: February 24, 2012