IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel.<br>TREMAYNE CORA #B79855,<br><br>       Petitioner,<br><br>  v.<br><br>MARCUS HARDY,<br><br>       Respondent. | No. 11 C 9230 |

<u>MEMORANDUM ORDER</u>

Respondent Warden Marcus Hardy has filed a detailed 35-page Answer to the Petition for Writ of Habeas Corpus ("Petition") filed by Tremayne Cora ("Cora"), supplementing that Answer with extensive exhibits. Under Rule 5(e) of the Rules Governing Section 2254 Cases in the United States District Courts, Cora is given the right to "submit a reply to the respondent's answer or other pleading within a time fixed by the judge."

In light of the extensive nature of the Answer and exhibits filed by Assistant Attorney General David Iskowich on behalf of Warden Hardy, this Court has determined that Cora's earlier motion for the appointment of pro bono counsel is granted, and the following member of the trial bar is appointed for that purpose:

       Standish E. Willis, Esq.
       39 South LaSalle Street
       Suite 1210
       Chicago IL 60603

Attorney Willis is ordered to file Cora's reply on or before

June 25, 2012, with the understanding that if attorney Willis finds that more time is needed this Court would be receptive to a request for an extension of that due date.[1]

                                        _____
                                        Milton I. Shadur
                                        Senior United States District Judge

Date: May 23, 2012

---

[1] Because of the voluminous nature of respondent Warden Hardy's exhibits, photocopying them would be both burdensome and expensive. Attorney Willis will be welcome to borrow this Court's chambers copies for his use in preparing the reply.